# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 4, 2023

## NO. 03-22-00058-CV

**Ali Mahrou and Gypsie Mahrou, Appellants**

**v.**

**Alan White, Steve Drake, and Byrd Ranch Property Owners Association, Appellees**

**APPEAL FROM THE COUNTY COURT OF BLANCO COUNTY
BEFORE JUSTICES BAKER, KELLY, AND THEOFANIS
VACATED AND DISMISSED FOR WANT OF JURISDICTION –
OPINION BY JUSTICE KELLY**

This is an appeal from the order dismissing the appeal from justice court signed by the county court on January 10, 2022. Having reviewed the record, it appears that the county court and, consequently, this Court lack subject-matter jurisdiction over this matter. Therefore, the Court vacates the judgment of the county court and dismisses the cause for want of jurisdiction. Each party shall pay the costs of appeal incurred by that party, both in this Court and in the court below.